IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATANYA WILLIAMS | ) | Civil Action |
| | ) | |
| v. | ) | |
| | ) | |
| MARTHA E. VON ROSENSTIEL, P.C. | ) | |
| & McCADE WEISBERG & CONWAY, | ) | |
| P.C. | ) | No. 02-3746 |

**ORDER**

**AND NOW,** this 17th day of June, 2002, upon consideration of Plaintiff Latanya Williams' Motion to Proceed in Forma Pauperis (Doc. No. 1), **IT IS HEREBY ORDERED** that Plaintiff is **GRANTED** leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).  **IT IS FURTHER ORDERED**, however, that the instant action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).[1]

BY THE COURT:

_____
John R. Padova, J.

---

[1] The action is dismissed because Plaintiff's pleadings fail to state a claim upon which relief may be granted.  See 28 U.S.C. § 1915(e)(2)(B)(ii).  The Court directs Plaintiff to Federal Rule of Civil Procedure 8(a), which governs the requirements for pleading a claim for relief.